UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COOPER LIGHTING, LLC and ) <br> EATON CORPORATION, ) <br> Defendants. ) | Case No. 17-cv-4575 |

## PLAINTIFF'S RENEWED RULE 12(c) MOTION FOR JUDGMENT OF BREACH OF CONTRACT BY DEFENDANTS

Plaintiff, Kenall Manufacturing Company ("Kenall"), respectfully moves, pursuant to Federal Rule of Civil Procedure 12(c) based on the pleadings in this case, for judgment that Defendants, Cooper Lighting, LLC ("Cooper") and Eaton Corporation, have breached the contract entered into with Kenall in 2007 upon settlement of the patent infringement lawsuit between Kenall and Cooper in Case No. 1:07-cv-00603 in the U.S. District Court for the Northern District of Illinois.

Also being submitted at the time of this motion are Kenall's supporting memorandum, a notice of motion, and a proposed order of judgment of breach of contract against Defendants.

Date: August 3, 2018

                                              Respectfully submitted,

                                              KENALL MANUFACTURING COMPAN

                                              By  */s/Peter N. Jansson*
                                                  Peter N. Jansson (IL Bar #1326074)

                                              Peter N. Jansson
                                              Molly H. McKinley
                                              JANSSON MUNGER MCKINLEY & KIRBY LTD.

207 East Westminster
Lake Forest, IL 60045
Tel: 262/632-6900
Fax: 262/632-2257
*pjansson@janlaw.com*
*mmckinley@janlaw.com*

Eric V.C. Jansson
JANSSON MUNGER MCKINLEY & KIRBY LTD.
601 Lake Avenue
Racine, WI 53403
Tel: 262/632-6900
Fax: 262/632-2257
*ejansson@janlaw.com*

Attorneys for Kenall Manufacturing Company

**CERTIFICATE OF SERVICE**

      I certify that, on August 3, 2018, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action.

Dated: August 3, 2018                      */s/ Peter N. Jansson*
                                                Attorney for Plaintiff,
                                                Kenall Manufacturing Company