UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| KENALL MANUFACTURING COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>COOPER LIGHTING, LLC and<br>EATON CORPORATION,<br>    Defendants. | Case No. 17-cv-4575 |

**PLAINTIFF'S RENEWED RULE 12(c) MOTION FOR JUDGMENT
AGAINST DEFENDANTS FOR PATENT INFRINGEMENT**

Plaintiff, Kenall Manufacturing Company ("Kenall"), respectfully moves, pursuant to Federal Rule of Civil Procedure 12(c) based on the pleadings in this case, for judgment that Defendants, Cooper Lighting, LLC and Eaton Corporation, have infringed United States patents owned by Kenall specifically including Patent No. RE45,591, Patent No. RE45,563 and Patent No. 8,550,656.

Also being submitted at the time of this motion are Kenall's supporting memorandum, a notice of motion, and a proposed order of judgment of patent infringement against Defendants.

Date: August 3, 2018.

                        Respectfully submitted,

                        KENALL MANUFACTURING COMPANY


                        By  /s/Peter N. Jansson
                           Peter N. Jansson (IL Bar #1326074)

                        Peter N. Jansson
                        Molly H. McKinley
                        JANSSON MUNGER MCKINLEY & KIRBY LTD.

207 East Westminster
Lake Forest, IL 60045
Tel:  262/632-6900
Fax: 262/632-2257
*pjansson@janlaw.com*
*mmckinley@janlaw.com*

Eric V.C. Jansson
JANSSON MUNGER MCKINLEY & KIRBY LTD.
601 Lake Avenue
Racine, WI 53403
Tel:  262/632-6900
Fax: 262/632-2257
*ejansson@janlaw.com*

Attorneys for Kenall Manufacturing Company

## **CERTIFICATE OF SERVICE**

I certify that, on August 3, 2018, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action.

Dated: August 3, 2018          */s/ Peter N. Jansson*
                     Attorney for Plaintiff,
                     Kenall Manufacturing Company