UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| KENALL MANUFACTURING COMPANY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 17-cv-4575 |
| | ) | |
| COOPER LIGHTING, LLC and | ) | Honorable Thomas M. Durkin |
| EATON CORPORATION, | ) | |
|     Defendants. | ) | |

___

**KENALL'S FINAL DEPOSITION DESIGNATIONS**
___

Plaintiff, Kenall Manufacturing Company ("Kenall"), here submits its final deposition designations pursuant to the agreed scheduling Order [ECF No. 712]. Attached hereto are the following documents necessary for this filing:

- **Ex. A**: Kenall's initial and rebuttal deposition designations, with Defendants' objections and counter-designations, and Kenall's responses thereto;

- **Ex. B**: copy of Defendants' Objections and Counter-Designations to Plaintiff's Rebuttal Deposition Designations (provided here and cited as "Ex. J" in Kenall's Ex. A to provide Defendants' full objections, some of which are narrated at length.

and the following related documents for reference:

- **Ex. C**: copy of Transcript of 9/14/21 Rule 30(b)(6) Deposition of Defendant Cooper Lighting, LLC (Amanda Timmons testifying as designated witness);

- **Ex. D**: copy of Transcript of 8/11/21 Rule 30(b)(6) Deposition of Defendant Cooper Lighting, LLC (Thomas Lane testifying as designated witness);

- **Ex. E**: copy of Transcript of Deposition of Kraig Kasler;

- **Ex. F**: copy of Transcript of Deposition of Kenneth Lewis;

- **Exs. G-H**: copy of Transcript of Deposition of Steven Ricca (parts I and II, in the respective exhibits); and

- **Exs. I-J**: copy of Transcript of Deposition of Richard Conroy (parts I and II, in the respective exhibits).

Exhibit A provided herewith includes a right-hand column for notation of Court rulings on the parties' respective disputes.

Date: December 11, 2024

Respectfully submitted,

JANSSON MUNGER & MCKINLEY LTD.

/s/Eric V.C. Jansson
Eric V.C. Jansson
4061 North Main Street, Suite 200
Racine, WI 53402
Tel: 262/632-6900
*ejansson@janlaw.com*

Peter N. Jansson
Molly H. McKinley
207 East Westminster
Lake Forest, IL 60045
Tel: 262/632-6900
*pjansson@janlaw.com*
*mmckinley@janlaw.com*

Attorneys for Kenall Manufacturing Company